# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

TERESITA A. CANUTO

      Plaintiff,

v.

DEPARTMENT OF JUSTICE

      Defendant

Case No. 1:25-cv-03708- UNA

RECEIVED
Mailroom
OCT 31 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

## PLAINTIFF'S NOTICE TO THE COURT TO MAKE AN AMENDMENT TO THE PREVIOUSLY FILED DOCUMENTS OR RESPONSE TO THIS COURT DATED OCTOBER 28, 2025

    Plaintiff Teresita A. Canuto would like to make an amendment to the previously filed documents or response to the Court's Order dated October 22, 2025. Plaintiff noticed some errors in her response dated October 28, 2025. Attached herewith are the amended documents: 1) Plaintiff's Notice Advising the Clerk of the Court that Plaintiff Teresita A. Canuto Wishes to Proceed with

1

The Filing of the Complaint on the Public Docket; 2) Plaintiff's Motion on the Public Docket and to Proceed with the Filing of the Complaint on Public Docket.

DATE: October 29, 2025                                  Respectfully submitted,

*[signature]*

Teresita A. Canuto

Pro se

11012 Peach Avenue,

Mission Hills, CA 91345

Tel. No. (818)478-0814

## CERTIFICATE OF SERVICE

This is to certify that a copy of <u>Plaintiff's Notice to the Court to Make an Amendment to the Previously Filed Documents or Response to this Court Dated October 28, 2025</u> was mailed to the <u>Clerk of Court</u>, <u>United States District Court for the District of Columbia, WA, DC</u> on <u>October 29, 2025</u> via FedEx.

DATE: October 29, 2025

*[signature]*
Teresita A. Canuto

Pro se

11012 Peach Avenue,

Mission Hills, CA 91345

Tel. No. (818)478-0814

**AMENDED**

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

TERESITA A. CANUTO

      Plaintiff,           Case No. 1:25-cv-03708- UNA

   v.

DEPARTMENT OF JUSTICE

      Defendant

**PLAINTIFF'S NOTICE ADVISING THE CLERK OF THE COURT THAT PLAINTIFF TERESITA A. CANUTO WISHES TO PROCEED WITH THE FILING OF THE COMPLAINT ON THE PUBLIC DOCKET**

Plaintiff Teresita A. Canuto respectfully files this notice advising the Clerk of the Court that the Plaintiff wishes to proceed with the filing of the complaint on the public docket. Plaintiff decided to proceed publicly and requesting the removal of the seal or unseal the documents filed by the

1

Plaintiff in this Court.

DATE: October 29, 2025                           Respectfully submitted,

*[signature]*

Teresita A. Canuto

Pro se

11012 Peach Avenue,

Mission Hills, CA 91345

Tel. No. (818)478-0814

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of amended <u>Plaintiff's notice advising the Clerk of Court that the Plaintiff Teresita A. Canuto wishes to proceed in the filing of the complaint on public docket</u> was mailed to <u>Clerk of Court, United States District Court for the District of Columbia, Washington, DC</u> on <u>October 29, 2025</u> via FedEx.

DATE: October 29, 2025

*/s/ Teresita A. Canuto*
Teresita A. Canuto

Pro se

11012 Peach Avenue,

Mission Hills, CA 91345

Tel. No. (818)478-0814

## AMENDED

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

TERESITA A. CANUTO

        Plaintiff,           Case No. 1:25-cv-03708- UNA

v.

DEPARTMENT OF JUSTICE

        Defendant

## PLAINTIFF'S MOTION ON THE PUBLIC DOCKET AND TO PROCEED WITH THE FILING OF THE COMPLAINT ON PUBLIC DOCKET

        Plaintiff Teresita A. Canuto respectfully files this Motion on the Public Docket and to Proceed with the Fling of the Complaint on Public Docket in this Court. The Plaintiff wishes to proceed publicly and requesting the removal of the seal or unseal the documents filed by the Plaintiff in this Court.

1

DATE: October 29, 2025

Respectfully submitted,

*Teresita A. Canuto*
Teresita A. Canuto

Pro se

11012 Peach Avenue,

Mission Hills, CA 91345

Tel. No. (818)478-0814

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of amended Plaintiff's Motion on the Public Docket and to Proceed with the Filing of the Complaint on Public Docket was mailed to the Clerk of Court, United States District Court for the District of Columbia, WA, DC on October 29, 2025 via Fedex.

DATE: October 29, 2025

*Teresita A. Canuto*

Teresita A. Canuto

Pro se

11012 Peach Avenue,

Mission Hills, CA 91345

Tel. No. (818)478-0814